**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin St. Clair                      CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-17252 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of FREEDOM MORTGAGE CORPORATION and index same on the master mailing list.

                                           Respectfully submitted,

                                           /s/*Rebecca A. Solarz*

Rebecca Solarz
28 Oct 2020, 16:54:45, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322