United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                  Case No. 19-17252-amc

Kevin St. Clair                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2       User: admin      Page 1 of 3

Date Rcvd: Jan 11, 2021      Form ID: 160      Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin St. Clair, 6649 Haddington Lane, Philadelphia, PA 19151-3025 |
| 14427437 | + | Bucks County Court of Common Pleas, 100 N. Main Street, Doylestown, PA 18901-3711 |
| 14455323 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14556932 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14427440 | + | FlexShopper, 901 Yamato Rd Ste 260, Boca Raton, FL 33431-4415 |
| 14427441 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14436526 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14427442 | + | Jefferson Health, 833 Chestnut Street, Suite #115, Philadelphia, PA 19107-4401 |
| 14427443 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14427444 | + | Krasno Krasno & Onwudinjo, 1429 Walnut Street, 16th Floor, Philadelphia, PA 19102-3203 |
| 14427448 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14459199 | + | Superior Credit Union, 100 Crosskeys Road, PO Box 26159, Collegeville, PA 19426-0159 |
| 14427450 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14427434 | | Email/Text: EBNProcessing@afni.com | Jan 12 2021 03:26:00 | AFNI, 1310 Martin Luther King Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14427435 | | Email/Text: membersolutions@ardentcu.org | Jan 12 2021 03:25:00 | Ardent Credit Union, 200 N 16th St, Philadelphia, PA 19102 |
| 14427436 | | Email/Text: membersolutions@ardentcu.org | Jan 12 2021 03:25:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 14456843 | + | Email/Text: membersolutions@ardentcu.org | Jan 12 2021 03:25:00 | Ardent Federal Credit Union, 1500 Spring Garden Street, Ste 500, Phila., PA 19130-4070 |
| 14482344 | | Email/Text: megan.harper@phila.gov | Jan 12 2021 03:26:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14427439 | | Email/Text: megan.harper@phila.gov | Jan 12 2021 03:26:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14427438 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 12 2021 02:16:33 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14434163 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 12 2021 02:13:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14443131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2021 02:16:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427445 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 19-17252-amc    Doc 34    Filed 01/13/21    Entered 01/14/21 00:57:40    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 11, 2021 | Form ID: 160 | Total Noticed: 28 |

|  |  |  |  |
|---|---|---|---|
|  |  | Jan 12 2021 02:16:37 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14440353 | Email/PDF: cbp@onemainfinancial.com | Jan 12 2021 02:16:34 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14427446 | + Email/PDF: cbp@onemainfinancial.com | Jan 12 2021 02:13:22 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14427447 | + Email/Text: bankruptcygroup@peco-energy.com | Jan 12 2021 03:25:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14427449 | + Email/Text: bankruptcy@sw-credit.com | Jan 12 2021 03:26:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14433338 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 12 2021 02:13:23 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14432198 | *+ | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 14438131 | *P++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576, address filed with court:, Tempoe, LLC, 720 East Pete Rose Way Suite 400, Cincinnati, OH 45202-4520 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 13, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Kevin St. Clair dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| ROBERT JOHN WILSON | on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com |
| ROBERT JOHN WILSON | on behalf of Superior Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 11, 2021 | Form ID: 160 | Total Noticed: 28 |

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kevin St. Clair
    Debtor(s)

Case No: 19−17252−amc
Chapter: 13

---

# NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan, United States Bankruptcy Court,

    on: 2/23/21

    at: 10:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 1/11/21

For The Court

Timothy B. McGrath
Clerk of Court

33 − 25
Form 160