United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin St. Clair  
    Debtor

Case No. 19-17252-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 23, 2021      Form ID: 155      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin St. Clair, 6649 Haddington Lane, Philadelphia, PA 19151-3025 |
| 14427437 | + | Bucks County Court of Common Pleas, 100 N. Main Street, Doylestown, PA 18901-3711 |
| 14455323 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14556932 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14427440 | + | FlexShopper, 901 Yamato Rd Ste 260, Boca Raton, FL 33431-4415 |
| 14427441 | + | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14436526 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14427442 | + | Jefferson Health, 833 Chestnut Street, Suite #115, Philadelphia, PA 19107-4401 |
| 14427443 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14427444 | + | Krasno Krasno & Onwudinjo, 1429 Walnut Street, 16th Floor, Philadelphia, PA 19102-3203 |
| 14427448 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14459199 | + | Superior Credit Union, 100 Crosskeys Road, PO Box 26159, Collegeville, PA 19426-0159 |
| 14427450 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14427434 | | Email/Text: EBNProcessing@afni.com | Feb 24 2021 03:24:00 | AFNI, 1310 Martin Luther King Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14427435 | | Email/Text: membersolutions@ardentcu.org | Feb 24 2021 03:23:00 | Ardent Credit Union, 200 N 16th St, Philadelphia, PA 19102 |
| 14427436 | | Email/Text: membersolutions@ardentcu.org | Feb 24 2021 03:23:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 14456843 | + | Email/Text: membersolutions@ardentcu.org | Feb 24 2021 03:23:00 | Ardent Federal Credit Union, 1500 Spring Garden Street, Ste 500, Phila., PA 19130-4070 |
| 14482344 | | Email/Text: megan.harper@phila.gov | Feb 24 2021 03:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14427439 | | Email/Text: megan.harper@phila.gov | Feb 24 2021 03:24:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14427438 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 24 2021 03:38:34 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14434163 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 24 2021 03:37:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14443131 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 24 2021 03:36:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427445 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 155 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 24 2021 03:36:07 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14440353 | | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Feb 24 2021 03:36:06 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14427446 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Feb 24 2021 03:37:20 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14427447 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Feb 24 2021 03:23:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14427449 | + | Email/Text: bankruptcy@sw-credit.com | | |
| | | | Feb 24 2021 03:24:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14433338 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | | |
| | | | Feb 24 2021 03:37:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14432198 | *+ | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 14438131 | *P++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576, address filed with court:, Tempoe, LLC, 720 East Pete Rose Way Suite 400, Cincinnati, OH 45202-4520 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2021           Signature:           /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Kevin St. Clair dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| ROBERT JOHN WILSON | on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com |
| ROBERT JOHN WILSON | on behalf of Superior Credit Union bob@rwilsonlawfirm.com sharon@rwilsonlawfirm.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Feb 23, 2021 | Form ID: 155 | Total Noticed: 28

| | |
|---|---|
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin St. Clair
      Debtor(s)                           Chapter: 13

                                              Bankruptcy No: 19−17252−amc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 23, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                   Ashely M. Chan
                                                                   Judge ,
                                                                   United States Bankruptcy Court