IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              : Chapter 13

Kevin  St. Clair              : Case No. 19-17252-AMC

Debtor(s)

NOTICE OF PRAECIPE TO CHANGE ADDRESS

Pursuant to the above-captioned matter, kindly mark the court record of the debtor's new address as follows:

## 280 Haverford Avenue, Apt. B7
## Narberth, PA  19072

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste 160 W
601 Walnut Street
Philadelphia, PA 19106
215-625-9600

Dated:  January 5, 2023