United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 19-17252-amc

Kevin St. Clair                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 3

Date Rcvd: Jan 06, 2023                      Form ID: 138OBJ                    Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin St. Clair, 280 Haverford Avenue, Apt. B7, Narberth, PA 19072-2337 |
| 14427437 | + | Bucks County Court of Common Pleas, 100 N. Main Street, Doylestown, PA 18901-3711 |
| 14436526 | | Freedom Mortgage Corporation, C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14427442 | + | Jefferson Health, 833 Chestnut Street, Suite #115, Philadelphia, PA 19107-4401 |
| 14427444 | + | Krasno Krasno & Onwudinjo, 1429 Walnut Street, 16th Floor, Philadelphia, PA 19102-3203 |
| 14427448 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14459199 | + | Superior Credit Union, 100 Crosskeys Road, PO Box 26159, Collegeville, PA 19426-0159 |
| 14427450 | ++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576 address filed with court:, Tempoe, 720 East Pete Rose Way, Suite 400, Cincinnati, OH 45202 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 07 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14427434 | | Email/Text: EBNProcessing@afni.com | Jan 07 2023 00:11:00 | AFNI, 1310 Martin Luther King Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14427435 | | Email/Text: membersolutions@ardentcu.org | Jan 07 2023 00:11:00 | Ardent Credit Union, 200 N 16th St, Philadelphia, PA 19102 |
| 14427436 | | Email/Text: membersolutions@ardentcu.org | Jan 07 2023 00:11:00 | Ardent Federal Credit, 200 N 16th St, Philadelphia, PA 19102 |
| 14456843 | + | Email/Text: membersolutions@ardentcu.org | Jan 07 2023 00:11:00 | Ardent Federal Credit Union, 1500 Spring Garden Street, Ste 500, Phila., PA 19130-4070 |
| 14427439 | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14482344 | | Email/Text: megan.harper@phila.gov | Jan 07 2023 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14427438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2023 00:15:19 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14434163 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2023 00:15:18 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-17252-amc   Doc 56   Filed 01/08/23   Entered 01/09/23 00:30:32   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14455323 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 07 2023 00:11:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14556932 | ^ | MEBN | Jan 07 2023 00:01:34 | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14427440 | + | Email/Text: bankruptcy@flexshopper.com | Jan 07 2023 00:11:00 | FlexShopper, 901 Yamato Rd Ste 260, Boca Raton, FL 33431-4415 |
| 14427441 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 07 2023 00:11:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14427443 | ^ | MEBN | Jan 07 2023 00:01:35 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14443131 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2023 00:14:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14427445 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 07 2023 00:15:18 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14440353 | | Email/PDF: cbp@onemainfinancial.com | Jan 07 2023 00:15:33 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14427446 | + | Email/PDF: cbp@onemainfinancial.com | Jan 07 2023 00:15:17 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14427447 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 07 2023 00:11:00 | PECO, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14427449 | + | Email/Text: bankruptcy@sw-credit.com | Jan 07 2023 00:11:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 14433338 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 07 2023 00:15:18 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14432198 | *+ | FlexShopper, LLC, 901 Yamato Road, Suite 260, Boca Raton, FL 33431-4415 |
| 14438131 | *P++ | TEMPOE LLC DBA WHY NOT LEASE IT, ATTN BOB HOLWADEL, 720 EAST PETE ROSE WAY SUITE 400, CINCINNATI OH 45202-3576, address filed with court:, Tempoe, LLC, 720 East Pete Rose Way Suite 400, Cincinnati, OH 45202-4520 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2023          Signature:    /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 06, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2023 at the address(es) listed below:**

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DAVID M. OFFEN
    on behalf of Debtor Kevin St. Clair dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

ROBERT JOHN WILSON
    on behalf of Ardent Federal Credit Union bob@rwilsonlawfirm.com  sharon@rwilsonlawfirm.com

ROBERT JOHN WILSON
    on behalf of Superior Credit Union bob@rwilsonlawfirm.com  sharon@rwilsonlawfirm.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Kevin St. Clair

      Debtor(s)

Case No: 19−17252−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          900 Market Street
            Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/6/23

55 − 49
Form 138OBJ